# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA, *Movant,* v. HUMANA INC., *Respondent.* | Case No: 3:25-MC-10-DJH |

## MOTION TO COMPEL HUMANA INC.'S COMPLIANCE WITH DOCUMENT SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), Movant United States of America ("United States") respectfully requests that this Court compel Respondent Humana Inc. ("Humana") to promptly comply with the served subpoena for production of documents (the "Subpoena"). The United States served Humana the Subpoena on March 3, 2025, in connection with the case *United States v. UnitedHealth Group Inc.*, Case 1:24-cv-03267-JKB (D. Md. filed Nov. 12, 2024), pending in the United States District Court for the District of Mayland (the "UHG-Amedisys Action"). The documents responsive to the Subpoena as narrowed by the United States are relevant to the UHG-Amedisys Action and are needed for the Plaintiffs to litigate their claims. The UHG-Amedisys Action is proceeding on an expedited track, with trial set for October 27, 2025, less than one year from the complaint filing. Discovery in the UHG-Amedisys Action is expedited, with fact discovery set to close on August 1, 2025. The documents that are the subject of this motion must be promptly produced, a commitment Humana has been unwilling to make.

Pursuant to Local Rules 7.1(a) and 37.1, attorneys for the United States have conferred with Humana's counsel on several occasions by videoconference and via emails to obtain the requested discovery without court intervention. During these discussions, the United States has repeatedly narrowed the scope of its requests, invited Humana to tailor its search for responsive documents to an agreed set of custodians, sought to engage on search terms, and proposed other aids to facilitate discovery. These efforts were to no avail, and Humana continues to stand on its objections while failing to satisfy the Subpoena. The United States and Humana remain unable to reach an agreement regarding the scope and timeline of Humana's document productions to comply with the Subpoena. Accordingly, the United States moves to compel Humana's responses to the Subpoena, as described in the accompanying memorandum and exhibits filed in support of this motion.

Dated: June 29, 2025

Respectfully submitted,

/s/ Erin K. Murdock-Park
Erin K. Murdock-Park
Paul Torzilli
Sean P. Mulloy
Grant M. Fergusson
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Telephone: (202) 445-8082
Fax: (202) 307-5802
Email: Erin.Murdock-Park@usdoj.gov
Email: Paul.Torzilli@usdoj.gov
Email: Sean.Mulloy@usdoj.gov
Email: Grant.Fergusson@usdoj.gov

*Attorneys for Movant United States of America*